UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2011 AUG 17 P 4: 08

BY
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. |
| | ) (26 U.S.C. §§ 5845(a), 5861(d) and 5871) |
| | ) |
| MATTHEW GREEN | ) |

INDICTMENT    1:11-cr-00133-JAW

The Grand Jury charges:

COUNT ONE
(Possession of an unregistered firearm)

On about June 7, 2011, in the District of Maine, defendant

MATTHEW GREEN

knowingly possessed a firearm not registered to him in the National Firearms Registration and

Transfer Record. This firearm was a Zhong Zhou Machine Works Model JW-87 12 gauge

shotgun, serial number 0202189, and it had a barrel length of less than 18 inches and an overall

length of less than 26 inches. The defendant thus violated Title 26, United States Code, Sections

5845(a), 5861(d) and 5871.

A TRUE BILL,

Original on File with the Clerk's Office

Date: 8/17/11

_____
(Assistant) United States Attorney

_____
Grand Jury Foreperson